# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COLUR WORLD, LLC, | : |
| *Plaintiff,* | : |
| v. | : 2:25-cv-01889 |
| SUPMEDIC, INC., | : |
| *Defendant.* | : |

## ORDER

AND NOW, upon consideration of Defendant's Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. 13) and Plaintiff's response thereto (Dkt. 16) it is hereby ORDERED that Defendant's Motion is DENIED.

BY THE COURT:

_____
GAIL A. WEILHEIMER, J.